UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ASKAR NAGIYEV,

                              Petitioner,

v.

WARDEN, OTAY MESA DETENTION

CENTER, *et al.*,

                              Respondents.

Case No.: 26-cv-2021-JO-BLM

**ORDER TRANSFERRING CASE**

In the interest of "efficient administration of the judicial business of the district," *see* Civ. L.R. 40.1(a), and because this case is related to *Nagiyev v. Warden, Otay Meta Detention Center, et al.*, 25-cv-3744-JLS-MMP (S.D. Cal. 2025), the Court directs the Clerk to immediately reassign this case to Judge Janis L. Sammartino. *See In re Marshall*, 721 F.3d 1032, 1040 (9th Cir. 2013) ("[J]udges are vested with inherent authority to transfer cases among themselves for the expeditious administration of justice.") (cleaned up).

**IT IS SO ORDERED.**

Dated: April 7, 2026

_____
Hon. Jinsook Ohta
United States District Judge

Dated: April 7, 2026

Hon. Janis L. Sammartino
United States District Judge

1

26-cv-2021-JO-BLM