UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ASKAR NAGIYEV,

                                        Petitioner,

v.

Warden, Otay Mesa Detention Center, et al.,

                                        Respondents.

Case No.:  26-CV-2021 JLS (BLM)

**ORDER DISMISSING PETITION**

(ECF No. 1)

Presently before the Court is Petitioner Askar Nagiyev's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1).  The Court, in Petitioner's first habeas petition, ordered a bond hearing under 8 U.S.C § 1225(b) based on prolonged detention. *See Nagiyev v. Noem*, 25-CV-3744-JLS-MMP, ECF No. 13, at 5 (S.D. Cal. Jan. 26, 2026).  Petitioner was given a bond hearing, which was denied based on flight risk. *Id.*, ECF No. 17.  Petitioner then challenged the sufficiency of the bond hearing on constitutional grounds.  *Id.*  The Court denied the challenge, declining to waive the exhaustion requirement and concluding that the hearing did not violate due process. *Id.*, ECF No. 22.

Petitioner filed the current Petition before the Court's order denying the post-bond challenge was issued.  *See* Docket.  The current Petition requests the Court to release the

1

Petitioner on bond because he is not a flight risk—contrary to the IJ's findings in his hearing. Pet. at 13. The Court finds that there are no new grounds for relief that were not raised in the prior petitions. A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g.*, *Salas v. Att'y Gen.*, No. 23-CV-1118-TL-TLF, 2023 WL 5826738, at \*2 (W.D. Wash. Aug. 21, 2023). Therefore, the Petition is **DISMISSED WITHOUT PREJUDICE**.

Federal Defenders has indicated that appointment of counsel would not be beneficial to Petitioner at this time. ECF No. 9. The Clerk of Court **SHALL UPDATE** the CM/ECF service list to reflect that Plaintiff is proceeding *pro se*. The Court notes that Plaintiff does not have *pro se* electronic filing privileges and therefore will be served by mail. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: May 15, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-2021 JLS (BLM)